# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

| Case No. | CR 11-1137-DMG | | Date | May 4, 2015 |
|---|---|---|---|---|

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Anne Kielwasser | Daffodil Tyminski |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| GEORGE MATZEK | ☐ | ☒ | Michael R. Belter | ☐ | ☐ | ☒ | N/A |

**PROCEEDINGS:    SENTENCING AND JUDGMENT HEARING    ☐ Contested    ☒ Non-Evidentiary**

Day ____ (if continued from a prior hearing date)

____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.    **X** Refer to separate Judgment Order.

____ Imprisonment for _____ on each of counts _____
Count(s) _____ concurrent/consecutive to count(s) _____
____ Fine of _____ is imposed on each of count(s) concurrent/consecutive.
____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
____ Confined in jail-type institution for _____ to be served on consecutive days/weekends
commencing _____
____ years Supervised Release imposed on count(s) _____
consecutive/concurrent to count(s) _____
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
____ Perform _____ hours of community service.
____ Serve _____ in a CCC/CTC.
____ Pay $_____ fine amounts & times determined by P/O.
____ Make $_____ restitution in amounts & times determined by P/O.
____ Other conditions: _____
**X** Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
**X** Pay $100 per count, special assessment to the United States for a total of $100
____ Imprisonment for __months/years__ and for a study pursuant to 18 USC _____
with results to be furnished to the Court within __days/months__ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
**X** Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
**X** Defendant informed of right to appeal.
____ ORDER sentencing transcript for Sentencing Commission.    **X** Processed statement of reasons.
**X** Bond exonerated _____ upon surrender _____ upon service of _____
____ Execution of sentence is stayed until 12 noon, _____
at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
____ Defendant ordered remanded to custody of U.S. Marshal forthwith.
____ Issued Remand/Release    # _____
____ Present bond to continue as bond on appeal.    ____ Appeal bond set at _____
**X** Filed and distributed judgment. ENTERED.
____ Other _____

|  | : | 19 |
|---|---|---|
| Initials of Deputy Clerk | KT | |